ENTERED – SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

JUN 16 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MAURICE PURRY, | Case No. CV 08-03775 RGK (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| ROBERT HOREL (warden), | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Failure to Obtain Prior Authorization from the Ninth Circuit.

DATED: _JUN 13 2008_____, 2008

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE